IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 4:25-1340 |
| | ) | |
| | ) | 18 U.S.C. § 2261A(2)(A) |
| v. | ) | 18 U.S.C. § 2261A(2)(B) |
| | ) | 18 U.S.C. § 1001(a)(2) |
| | ) | |
| JOHN PAUL MILLER | ) | **INDICTMENT** |
| | ) | |

## BACKGROUND

At all times material to this Indictment:

1. The Defendant, **JOHN PAUL MILLER**, resided in the District of South Carolina.

2. The Defendant, **JOHN PAUL MILLER**, was the lead pastor of Solid Rock Church in Myrtle Beach, South Carolina.

3. Victim 1 was the wife of the Defendant, **JOHN PAUL MILLER**, until her death on April 27, 2024.

## COUNT 1
*(Cyberstalking)*

THE GRAND JURY CHARGES:

4. That beginning on or around November 16, 2022, and continuing through on or about April 27, 2024, in the District of South Carolina and elsewhere, the Defendant, **JOHN PAUL MILLER**, with the intent to kill, injure, harass, intimidate, or place under surveillance with the intent to kill, injure, harass, intimidate Victim 1, used interactive computer services, electronic communication services, electronic communication systems of interstate commerce, and other facilities of interstate and foreign commerce to engage in a course of conduct that placed Victim 1 in reasonable fear of death and serious bodily injury and caused, attempted to cause, and the course of conduct would be reasonably expected to cause to Victim 1 substantial emotional

distress, to-wit: **JOHN PAUL MILLER** sent or caused to be sent unwanted and harassing electronic communications to Victim 1; used or threatened to use nude videos and photographs of Victim 1 to harass Victim 1; posted a nude photograph of Victim 1 online without Victim 1's consent; placed or caused to be placed tracking devices on vehicles used by Victim 1; placed Victim 1 or caused Victim 1 to be placed under surveillance with the intent to harass and intimidate Victim 1; damaged Victim's 1 vehicle; interfered with Victim 1's finances and banking; and interfered with Victim 1's daily activities,

In violation of Title 18, United States Code, Section 2261A(2)(A) and (B).

## COUNT 2
*(False Statements)*

THE GRAND JURY FURTHER CHARGES:

5.     On or about October 17, 2024, in the District of South Carolina and elsewhere, the Defendant, **JOHN PAUL MILLER,** did knowingly and willfully make a materially false, fictitious, and fraudulent statement and representation in a matter within the jurisdiction of the Executive Branch of the Government of the United States; to wit: he falsely claimed Victim 1 had calling him more than he had called Victim 1 on March 11, 2024, when in fact, the Defendant, **JOHN PAUL MILLER**, called Victim 1 at least 50 times more than she called him; he falsely claimed police had never told him to stop contacting Victim 1, when in fact, the Defendant, **JOHN PAUL MILLER,** was told on March 11, 2024, by a police officer with Horry County Police Department to stop contacting Victim 1; he falsely claimed he did not damage Victim 1's tires or cause to be damaged, when in fact the Defendant, **JOHN PAUL MILLER**, used or, caused to be used, a tire deflation device in Victim 1's tires.

In violation of Title 18, United States Code, Section 1001(a)(2).

A  true  BILL

'FOREPERSON

BRYAN P. STIRLING
UNITED STATES ATTORNEY

By: _____
Elle E. Klein (Fed ID No. 12941)
Assistant United States Attorney
United States Attorney's Office
1441 Main Street, Suite 500
Columbia, SC 29201
Telephone 803-929-3000
Facsimile 803-256-0233
Elle.Klein@usdoj.gov