RECORD OF GRAND JURY BALLOT

c/ 4:25-1340

THE UNITED STATES OF AMERICA v. JOHN PAUL MILLER

(SEALED UNTIL FURTHER ORDER OF THE COURT)