IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO.: 4:25-1340 |
| | ) | |
| | ) | |
| -vs- | ) | NOTICE OF |
| | ) | ATTORNEY APPEARANCE |
| | ) | |
| JOHN PAUL MILLER | ) | |

The undersigned counsel represents the Defendant in this case, and respectfully requests that all notices given or required to be given in these proceedings be served upon him at the address below.

Respectfully submitted,

s/ Andrew B. Moorman, Sr.
Attorney for Defendant
Moorman Law Firm, LLC
12 Whitsett Street
Greenville, South Carolina 29601
864-775-5800
andy@andymoormanlaw.com
Federal ID # 10013

Greenville, South Carolina
December 18, 2025.