AO 83 (Rev. 08/11) Summons in a Criminal Case (USDC Version)

RECEIVED USDC CLERK, COLUMBIA, SC 2026 JAN -8 PM 1:04

# UNITED STATES DISTRICT COURT

for the

District of South Carolina

RECEIVED
UNITED STATES MARSHAL
8:13 am, Dec 18 2025
DISTRICT OF SOUTH CAROLINA
COLUMBIA

United States of America
v.

JOHN PAUL MILLER
*Defendant*

Case No. 4:25-cr-01340-

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of Court

| | |
|---|---|
| Place: McMillan Federal Building<br>401 West Evans Street<br>Florence, SC 29501 | Courtroom No.: #3 - Judge Rogers |
| | Date and Time: 01/12/26, 2:30 p.m. |

This offense is briefly described as follows:
Title 18, United States Code, Section 2261A(2)(A)
Title 18, United States Code, Section 2261A(2)(B)
Title 18, United States Code, Section 1001(a)(2)

JAN 12 '26 PM2:06
RCV'D - USDC FLO SC

Date: 12/18/2025

s/ Sharon Welch-Meyer, Deputy Clerk
*Issuing officer's signature*

ROBIN BLUME, CLERK OF COURT
*Printed name and title*

## RETURN OF SERVICE

I declare under penalty of perjury that I have:

☒ Executed and returned this summons
☐ Certified Mailed ____________
☐ Signed Receipt Date ____________
☐ Signed by ____________

☐ Returned this summons unexecuted
☐ Certified Mailed ____________
☐ No Response ____________
☐ Defendant Appeared ☐ Defendant Failed to Appear

Date: 1/5/2026

[signature]
*Server's signature*

DEPUTY UNITED STATES MARSHAL ROBERTO CARRILLO
*Printed name and title*