IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

UNITED STATES OF AMERICA ) CR. NO.:
4:25-1340
)
)
-vs- ) WAIVER
OF
) SPEEDY
TRIAL
) RIGHTS
JOHN PAUL MILLER )

The Defendant, John Paul Miller, hereby respectfully provides this Waiver of the Speedy Trial Act in support of his Motion for a Continuance in this case. In support of his Motion, he represents the following:

I have consulted with my attorney and have been advised of my rights to a speedy trial under the Speedy Trial Act, 18 U.S.C. Section 3161. I hereby waive my right to a speedy trial under the Act and consent to continuing my trial date. I understand the period of continuance will be excluded from the computations of time for the purposes of the Speedy Trial Act.

______________________________
John Paul Miller
Defendant

s/Andrew B. Moorman, Sr.
Andrew B. Moorman, Sr.
Attorney for the Defendant

April 3, 2026.