IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO.  4:25-cr-01340 |
| | ) | |
| v. | ) | |
| | ) | |
| JOHN PAUL MILLER | ) | |

## **NOTICE OF APPEARANCE OF COUNSEL**

The government advises the Court and all parties that Assistant United States Attorney Winston D. Holliday, Jr., hereby enters his appearance as counsel for the United States of America in the above captioned case.

Respectfully submitted,

BRYAN P. STIRLING
UNITED STATES ATTORNEY

*s/Winston D. Holliday, Jr.*
Winston D. Holliday, Jr.
Assistant United States Attorney
1441 Main Street, Suite 500
Columbia, SC 29201
Tel. (803) 929-3000
Fax (803) 929-3135
Email: Winston.Holliday@usdoj.gov

July 22, 2026