IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO.: 4:25-1340 |
| | ) | |
| | ) | |
| -vs- | ) | MOTION FOR |
| | ) | CONTINUANCE |
| | ) | |
| JOHN PAUL MILLER | ) | |

NOW COMES the Defendant, John Paul Miller, by and through undersigned counsel, who requests a continuance of the pretrial conference this Court has set for August 25, 2026, and the corresponding jury selection date. Defense counsel have consulted with the Government, and the Government consents to this Motion.

In support of his Motion, the Defendant would show that he has diligently been preparing his defense. The Defense counsel have conducted and continue to schedule interviews of multiple witnesses who potentially have exculpatory evidence that may support his defense. Defense counsel also have prepared subpoena requests for documents not in the Government's possession but that will likely contain exculpatory information, and they have conferred with the Government for the purpose of obtaining the issuance of these subpoenas via court order.

The Defendant requests a continuance to allow him and defense counsel more time to interview witnesses in preparation for trial and to obtain potentially useful documents and other evidence not contained in the Government's discovery productions.

On August 11, 2026, and before, defense counsel reviewed with the Defendant in person, via email, and/or on the telephone his rights to a Speedy Trial under federal law, and he voluntarily, intelligently, and knowingly waives his rights to a Speedy Trial.[1] Under these circumstances, a continuance would serve "the ends of justice (because) . . . such action outweigh(s) the best interest of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(7)(A).

For the foregoing reasons, the Defendant seeks a continuance of the pretrial conference on August 25, 2026, and the corresponding jury selection date.

<div style="margin-left:50%">

Respectfully submitted,

s/ Andrew B. Moorman, Sr.
Attorney for Defendant
Moorman Law Firm, LLC
12 Whitsett Street
Greenville, South Carolina 29601
864-775-5800
andy@andymoormanlaw.com
Federal ID # 10013

s/ Nathan S. Williams
Attorney for Defendant
Law Offices of Nathan S. Williams
266 W. Coleman Blvd., Ste. 204
Mount Pleasant, South Carolina 29464
(843) 473-7000
nathan@scfederaldefense.com
Federal ID # 10400

</div>

Greenville, South Carolina
August 11, 2026.

---

[1] See Exhibit 1.