IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO.: 4:25-1340 |
| | ) | |
| | ) | |
| -vs- | ) | WAIVER OF |
| | ) | SPEEDY TRIAL |
| | ) | RIGHTS |
| JOHN PAUL MILLER | ) | |

The Defendant, John Paul Miller, hereby respectfully provides this Waiver of the Speedy Trial Act in support of his Motion for a Continuance in this case. In support of his Motion, he represents the following:

I have consulted with my attorney and have been advised of my rights to a speedy trial under the Speedy Trial Act, 18 U.S.C. Section 3161. I hereby waive my right to a speedy trial under the Act and consent to continuing my trial date. I understand the period of continuance will be excluded from the computations of time for the purposes of the Speedy Trial Act.

_____
John Paul Miller
Defendant

s/Andrew B. Moorman, Sr.
Andrew B. Moorman, Sr.
Attorney for the Defendant

August 11, 2026.