**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**

**<u>NOTICE OF PRETRIAL CONFERENCES</u>**

PLEASE TAKE NOTICE that the following cases are scheduled for Pretrial Conference in the McMillian Federal Building, 401 W Evans Street, Florence, South Carolina, Courtroom #1 before the Honorable Joseph Dawson, III on: **<u>October 6, 2026.</u>**

Should the parties require more time to work towards the disposition of the case, a Motion to Continue is appropriate. Motions to Continue shall state a reason under 18 U.S.C. §3161(h)(7)(B) why a continuance is requested. Motions should also include the signature of the defendant waiving his/her rights to a speedy trial and indicate consent of the Assistant U.S. Attorney.

<u>A Pretrial Conference date is for entering a change of plea or to request a trial.</u>

**Motions to Continue must be filed one week before the scheduled Pretrial Conference.**

Once a plea agreement is filed or the Court is informed that the defendant will be entering a change of plea, a change of plea hearing will be set.

The Government is requested to e-file an element sheet.

**<u>JURY SELECTION</u>**
**<u>will be held October 13, 2026, at 9:00 AM</u>**

in the McMillian Federal Building, 401 W Evans Street, Florence, South Carolina, Courtroom #1, before the Hon. Joseph Dawson III.

Pursuant to the Local Rules of this court, counsel must submit any proposed voir dire questions and special jury instructions to the court (with a copy being sent to opposing counsel) at least seven (7) business days prior to jury selection. If such requests are not made by the deadline, counsel shall have waived the right to submit them.

The Supplemental Juror Questionnaires and juror lists will be uploaded into CM/ECF and be made electronically available to counsel of record only. The juror questionnaires and jury lists will be docketed in the case and available for review beginning seven (7) days prior to jury selection. PACER fees will apply. To obtain access a Juror Questionnaire/List Request Form must be docketed in this case, using the Certification -Juror Questionnaire and List Request event, found under Other Filings -Trial Documents. The juror questionnaires and lists and the information obtained therefrom are privileged and shall be kept confidential and shall not be shared with anyone other than the US Attorney or Federal Public Defender organization without written consent of the United States District Court. This information shall be used solely for evaluating potential jurors for service in this case and shall not be used for any other purpose. Further, the requesting party must certify, before access will be granted, that immediately after trial, he

or she will destroy all copies, whether paper or electronic, of completed juror questionnaires, juror lists, and any other documents containing information obtained from the completed juror questionnaires. Failure to adhere to the above requirements would be in violation of 28 U.S.C. § 1867(f) and the District of South Carolina's Amended Jury Selection Plan Order.

Entered at the direction of the Court
ROBIN L. BLUME, CLERK
US DISTRICT COURT

| | |
|---|---|
| **PRETRIALS:** | **October 6, 2026** |
| **MOTIONS TO CONTINUE (NO LATER THAN):** | **one week prior to pretrial date** |
| **JURY SELECTION:** | **October 13, 2026** |

**10:30 AM**

| | | |
|---|---|---|
| 4:25-cr-00615-JD-1<br>Edwin Geovanni Ramirez Martinez | (*Spanish Int*) | AUSA Everett McMillian<br>Jim Hoffmeyer, CJA |
| 4:22-cr-0057-JD<br>Catalina Romero | | AUSA Lauren Hummel<br>Brendan Barth, CJA |
| 4:23-cr-00202-JD-2<br>Kwamane Smith | | AUSA Mary-Ellen Walter<br>Thomas Bouchette, CJA |
| 4:23-cr-00531-JD<br>Curtis Antonio Jamison | | AUSA Whitney Sowards<br>Derek Shoemake, CJA |
| 4:23-cr-00778-JD-1<br>Terrance Lee Davis, Jr | | AUSA Lauren Hummel<br>Rose Mary Parham, Ret |
| 4:23-cr-00939-JD<br>Terry Lee Brown | | AUSA Everett McMillian<br>Jim Hoffmeyer, Ret |
| 4:24-cr-00680-JD-1<br>Donte Marcellous Kirksey | | AUSA Everett McMillian<br>Rose Mary Parham, Ret |
| 4:24-cr-00823-JD-1<br>Daiquan Tyleeke Bellamy | | AUSA Everett McMillian<br>Rose Mary Parham, Ret |
| 4:25-cr-510-JD<br>Talisha Fatina Cooper | | AUSA Lauren Hummel<br>AFPD Edmund Neyle |
| 4:25-cr-610-JD<br>Direz Deon Washington | | AUSA Everett McMillian<br>AFPD Casey Riddle |

| | |
|---|---|
| 4:25-cr-00616-JD-1<br>Joshua Aaron Darden | AUSA Lauren Hummel<br>AFPD Edmund Neyle |
| 4:25-cr-00827-JD<br>William R Lafferty | AUSA Scott Hixson<br>Robert Bruce, Ret |
| 4:25-cr-00913-JD<br>Simon Boyd | AUSA Mary-Ellen Walter<br>AFPD Edmund Neyle |
| 4:25-cr-1137-JD<br>Gregory Lamont Benjamin | AUSA Lauren Hummel<br>Trey Cockrell, CJA |
| 4:25-cr-01139-JD<br>Kristen Taylor Porter | AUSA Everett McMillian<br>AFPD Edmund Neyle |
| 4:25-cr-1234-JD<br>Worden E Butler | AUSA Elle Klein<br>Derek Shoemake, CJA |
| **1:30 PM** | |
| 4:25-cr-1265-JD<br>Chuck Berry Collington | AUSA Mary Ellen Walter<br>AFPD Edmund Neyle |
| 4:25-cr-01266-JD<br>Johnny Jermain Crawford | AUSA Everett McMillian<br>AFPD Casey Riddle |
| 4:25-cr-01268-JD<br>Jeffrey Lamont Jordan | AUSA Joshua Holford<br>William Monkton, IV, Retained |
| 4:25-cr-01340-JD<br>John Paul Miller | AUSA Elle Klein<br>Nathan Williams, Ret<br>Andrew Moorman, Ret |
| 4:26-cr-00055-JD<br>Brolyn Shquan Mallow Henry | AUSA Everett McMillian<br>Shipp Daniel, Ret |
| 4:26-cr-00056-JD<br>Kelvin Mitchell, II | AUSA Everett McMillian<br>AFPD Edmund Neyle |
| 4:26-cr-00057-JD<br>Jaremy Alexander Smith | AUSAs E McMillan, C Lietzow<br>AFPDs E Paavola, E Soderdahl,<br>K Stevens |
| 4:26-cr-00061-JD<br>Deangelo James Enoch, Jr | AUSA Lauren Hummel<br>AFPD Casey Riddle |

| | |
|---|---|
| 4:26-cr-00153-JD<br>Deandre Cymone Buard | AUSA Everett McMillian<br>Bert von Herrmann, CJA |
| 4:17-cr-782-JD<br>Demetrius Lutress Harshaw | AUSA Mary-Ellen Walter<br>AFPD Edmund Neyle |
| 4:26-cr-372-JD<br>Demetrius Harshaw | AUSA Mary-Ellen Walter<br>AFPD Edmund Neyle |
| 4:26-cv-00374-JD<br>Joshua Levon West | AUSA Joshua Holford<br>AFPD Casey Riddle |
| 4:26-cr-00474-JD<br>Orlanier Menendez | AUSA Scott Hixson<br>Derek Shoemake, CJA |
| 4:26-cr-565-JD<br>Richard Earl Hemingway | AUSA Joshua Holford<br>AFPD Casey Riddle |
| 4:26-cr-566-JD<br>Kenyada Antonio Alford | AUSA Joshua Alford<br>AFPD Michael Meetze |
| 4:26-cr-00654-JD<br>Joseph Templeton | AUSA Lauren Hummel<br>Alexandra Benevento, Ret |
| 4:26-cr-00655-JD<br>Sa'Darius Tinell Goodman | AUSA Holly Brown<br>AFPD Michael Meetze |
| 4:26-cr-00656-JD<br>Daquinton Vyhe Douglas | AUSA Holly Brown<br>AFPD Michael Meetze |