IN THE UNITED STATES OF AMERICA
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>vs.<br><br>JOHN PAUL MILLER, | CRIMINAL NO.: 4:25-cr-01340-CRI<br><br>**WAIVER OF SPEEDY TRIAL ACT** |

The Defendant, John Paul Miller, hereby respectfully provides this Waiver of the Speedy Trial Act in support of his Motion for Continuance in this case. I have consulted with my attorney and have been advised of my rights to a speedy trial under the Speedy Trial Act, 18 U.S.C. Section 3161. I hereby waive my right to a speedy trial under the Act and consent to continuing my trial date. I understand the period of continuance will be excluded from the computations of time for the purposes of the Speedy Trial Act.

John Paul Miller

*s/Nathan S. Williams*
Nathan S. Williams
Attorney for the Defendant

September 18, 2026
Mount Pleasant, South Carolina